**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DORA J. JONES,

       Plaintiff,

vs.                              Case No.  4:07-CV-247-SPM/WC

AFTER HOURS FORMAL WEAR, INC.

       Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the parties' "Joint Stipulation for Final Order of Dismissal with Prejudice" (doc. 36) and Federal Rule of Civil Procedure 41(a)(1)(ii) , this matter is **dismissed with prejudice**.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown.  Additionally, this Court shall retain jurisdiction, as necessary, to enforce the Mediation Settlement Agreement and Confidential Settlement Agreement and General Release entered into by the parties.

DONE and ORDERED this <u>twenty-seventh</u> day of June, 2008.

                                     *s/ Stephan P. Mickle*
                                     Stephan P. Mickle
                                     United States District Judge